**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7866

GARY B. WILLIAMS,

Plaintiff – Appellant,

v.

CARY B. BOWEN, Court Appointed Attorney at Law; TRACY THORNE-BEGLAND, Deputy Commonwealth Attorney for the City of Richmond; C. T. WOODY, Sheriff of the City of Richmond; E. DAVIS, Mr., Richmond Sheriff's Deputy who helps deliver mail, Richmond City Jail; VIRGINIA GENERAL ASSEMBLY, The state's law making body,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:12-cv-00139-HEH)

Submitted: January 23, 2014          Decided: January 28, 2014

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gary Buterra Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Bowen, No. 3:12-cv-00139-HEH (E.D. Va. Sept. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED